**Fujifilm Corporation (formerly known as Fuji Photo Film Co., Ltd.), Plaintiff–Appellant,**

v.

**Jack C. Benun, Defendant.**

**No. 2009–1148.**

United States Court of Appeals, Federal Circuit.

July 7, 2009.

Lawrence Rosenthal, Stroock & Stroock & Lavan LLP, of New York, NY, argued for plaintiff-appellant. With him on the brief were Matthew W. Siegel, and Angie M. Hankins. Of counsel on the brief were Bruce Buechler and S. Jason Teele, Lowenstein Sandler PC, of Roseland, NJ.

Before MAYER, LOURIE and BRYSON, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.